Norman E. STURDIVANT,
Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2011–7001.

United States Court of Appeals,
Federal Circuit.

Feb. 3, 2011.

Allison Kidd–Miller, Department of Justice, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

## ON MOTION

### ORDER

Norman E. Sturdivant moves to stay proceedings in this appeal pending the court's disposition in *Cardwell v. Shinseki*, 2010–7110.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. Sturdivant's opening brief is due within 30 days of the date of filing of this order.